IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES<br><br>   PLAINTIFF<br><br>v.<br><br>CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, AND WILLIE J. BURLEY .,<br><br>   DEFENDANTS. | CIVIL ACTION NO.:<br>1:22-cv-00030 |

## ENTRY OF APPEARANCE

COME NOW Attorney Randolph Frails and files this ENTRY OF APPEARANCE as Co-Counsel for the City of Waynesboro in the above style matter.

Respectfully submitted this 14th March 2022.

                                          /s/Randolph Frails
                                          **Randolph Frails**
                                          Georgia Bar No. 272729
                                          *Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, Georgia 30907
Telephone: 706-855-6715
Facsimile: 706-855-7631
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES<br><br>    PLAINTIFF<br><br>v.<br><br>CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, AND WILLIE J. BURLEY<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br>1:22-cv-00030 |

## CERTIFICATE OF SERVICE

    This is to certify that the within and foregoing **Entry of Appearance** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by depositing a copy in the United States Mail with adequate postage thereon to:

Jeffrey F. Peil, Esq.
Amanda P. Keen, Esq.
Huggins Peil, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA  30809

This 14th day of  March 2022

                                                                                           /s/Randolph Frails_____
                                                                                      **Randolph Frails**
                                                                                      Georgia Bar No. 272729
                                                                                      *Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, Georgia 30907
Telephone: 706-855-6715
Facsimile: 706-855-7631
randyfrails@frailswilsonlaw.com