IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GARY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-030 |
| | ) | |
| CITY OF WAYNESBORO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendants removed this case to the Southern District of Georgia from the Superior Court of Burke County on March 11, 2022. (Doc. no. 1.) The Clerk of Court issued a Removal Notice to All Counsel of Record that same day informing Jeffrey F. Peil and Amanda P. Keen, Plaintiff's counsel, they must file a notice of appearance or motion for admission *pro hac vice* within ten days if they intended to continue representing Plaintiff. (Doc. no. 3.) Neither attorney has made an appearance, and no other attorney has appeared on behalf of Plaintiff. By Monday, March 28, 2022, Plaintiff's counsel shall enter an appearance or notify the Court of Plaintiff's intentions.

The Court **DIRECTS** the **CLERK** to serve this Order on Mr. Peil and Ms. Keen by email and United States Mail and document the same on the record.

SO ORDERED this 22nd day of March, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA