**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

| | |
|---|---|
| **GARY JONES,**<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, and WILLIE J. BURLEY,**<br><br>　　　　　Defendants. | **Case No.: 1:22-cv-00030-JRH-BKE** |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**COME NOW** Jeffrey F. Peil and Amanda P. Keen, and hereby enter their appearance on behalf of GARY JONES, Plaintiff in the above-styled case. Mr. Peil will continue to represent the Plaintiff in this matter as lead counsel, and Ms. Keen will continue to represent the Plaintiff as co-counsel. Appearing counsels' address, phone number, and bar numbers are as follows:

>Jeffrey F. Peil (Georgia State Bar No. 967902)
>jpeil@hugginsfirm.com
>Amanda P. Keen (Georgia State Bar No. 510297)
>amanda@hugginsfirm.com
>Huggins Peil, LLC
>7013 Evans Town Center Boulevard, Suite 502
>Evans, Georgia 30809
>(706) 210-9063

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 22, 2022 | **HUGGINS PEIL, LLC** |
|   | /s/ Jeffrey F. Peil |
|   | Jeffrey F. Peil (SBN 967902) |
|   | jpeil@hugginsfirm.com |
|   |   |
|   | /s/ Amanda P. Keen |
|   | Amanda P. Keen (SBN 510297) |
|   | amanda@hugginsfirm.com |
|   | 7013 Evans Town Center Boulevard, Suite 502 |
|   | Evans, Georgia 30809 |
|   | Telephone: (706) 210-9063 |
|   | Facsimile: (706) 210-9282 |
|   | *Attorneys for Plaintiff* |

**HUGGINS PEIL, LLC**
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL – **2** OF **4**
*Gary Jones v. City of Waynesboro, et al.*
Case No.: 1:22-cv-00030-JRH-BKE

**SIGNATURE CERTIFICATION**

I hereby certify that Amanda P. Keen, co-counsel for Plaintiff, concurs in the content of this filing and has expressly authorized me to sign it on her behalf.

Dated: March 22, 2022　　　　　　　　　　**HUGGINS PEIL, LLC**

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey F. Peil
　　　　　　　　　　　　　　　　　　　　Jeffrey F. Peil
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: March 22, 2022                      **HUGGINS PEIL, LLC**

                                                   /s/ Jeffrey F. Peil
                                                   Jeffrey F. Peil
                                                   *Attorney for Plaintiff*

**HUGGINS PEIL, LLC**
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL – **4** OF **4**
*Gary Jones v. City of Waynesboro, et al.*
Case No.: 1:22-cv-00030-JRH-BKE