IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES<br><br>    PLAINTIFF<br><br>v.<br><br>CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, AND WILLIE J. BURLEY .,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br>1:22-cv-00030 |

## **ENTRY OF APPEARANCE**

COME NOW Attorney Delia M. DeBlass and files this ENTRY OF APPEARANCE as Co-Counsel for the City of Waynesboro in the above style matter.

Respectfully submitted this 5th of April, 2022.

                                        /s/Delia M. DeBlass
                                        **Delia M. DeBlass**
                                        Georgia Bar No. 252534
                                        *Attorney for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, Georgia 30907
Telephone: 706-855-6715
Facsimile: 706-855-7631
delia@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES<br><br>     PLAINTIFF<br><br>v.<br><br>CITY OF WAYNESBORO,  ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, AND WILLIE J. BURLEY<br><br>     DEFENDANTS. | CIVIL ACTION NO.:<br>1:22-cv-00030 |

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **Entry of Appearance** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by depositing a copy in the United States Mail with adequate postage thereon to:

Jeffrey F. Peil, Esq.
Amanda P. Keen, Esq.
Huggins Peil, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA  30809

This 5th day of April, 2022.

/s/Delia M. DeBlass
**Delia M. DeBlass**
Georgia Bar No. 252534
*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, Georgia 30907
Telephone: 706-855-6715
Facsimile: 706-855-7631
delia@frailswilsonlaw.com