IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GARY JONES, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | CV 122-030 |
| CITY OF WAYNESBORO; ALBERTA J. ANDERSON; RICHARD H. BYNE; JAMES JONES; VICKEY BATES; BILL TINLEY; WILLIE WILLIAMS; VALERIE KIRKLAND; and WILLIE J. BURLEY, | ) ) ) ) ) ) | |
|     Defendants. | ) | |

## SCHEDULING ORDER

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE ISSUE JOINED | March 18, 2022 |
| DATE OF RULE 26(f) CONFERENCE | April 5, 2022 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | May 17, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | July 15, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | August 15, 2022 |
| CLOSE OF DISCOVERY | October 4, 2022 |
| JOINT STATUS REPORT[1] | October 4, 2022 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | November 3, 2022 |

The Court hereby incorporates as if fully set forth herein the parties' agreement regarding the preservation, disclosure, or discovery of electronically stored information and the parties' agreement regarding claims of privilege or protection of trial preparation material. (Doc. no. 10, ¶¶ 9, 10.) The Court also incorporates as if fully set forth herein the parties' agreement regarding the delivery date of Plaintiff's previously served discovery, as well as the agreement regarding service under Federal Rules of Civil Procedure 5(b)(2)(E) and 6(d). (Id. ¶ 11.)

SO ORDERED this 13th day of April, 2022, at Augusta, Georgia.

                                                                                     BRIAN K. EPPS
                                                                                     UNITED STATES MAGISTRATE JUDGE
                                                                                     SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.