IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **GARY JONES,**<br><br>                Plaintiff,<br><br>vs.<br><br>**CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, and WILLIE J. BURLEY,**<br><br>                Defendants. | Case No.: 1:22-cv-00030-JRH-BKE |

## **DECLARATION OF JEFFREY F. PEIL**

I, **Jeffrey F. Peil,** counsel for Plaintiff Gary Jones, declare and state as follows:

1. My name is Jeffrey F. Peil. I am over the age of 21, and have personal knowledge of the facts set forth herein.

2. The following are true and correct, and if called upon to testify, I could and would competently testify to the facts averred herein.

3. I am an attorney with Huggins Peil, LLC, and represent Plaintiff Gary Jones in the above-referenced action.

4. I am authorized to submit this declaration on behalf of Gary Jones in support of his motion to compel.

5. The documents attached hereto as Exhibits 1-20 are true and accurate copies of pleadings and other correspondence germane to Plaintiff's motion to compel.

6. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

                                      Respectfully submitted,

Dated: August 18, 2022                 **HUGGINS PEIL, LLC**

                                      /s/ Jeffrey F. Peil
                                        Jeffrey F. Peil (SBN 967902)
                                        jpeil@hugginsfirm.com
                                        7013 Evans Town Center Blvd., Suite 502
                                        Evans, Georgia 30809
                                        Telephone: (706) 210-9063
                                        Facsimile: (706) 210-9282
                                        *Attorney for Plaintiff*

Declaration of Jeffrey F. Peil – **2** of **2**
*Gary Jones v. City of Waynesboro, et al.*
Case No.: 1:22-cv-00030-JRH-BKE