# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

### CLERK'S MINUTES - GENERAL

CASE NO. **1:22cv030**

TITLE **Gary Jones v City of Waynesboro**

DATE **August 19, 2022**

TIMES **12:03 - 12:36**

Honorable: **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy: **Courtnay Capps**

Court Reporter: **FTR**

**Plaintiff**

Jeffrey Peil

**Defendant**

Douglas Duerr
Patricia Paul
Daniel Barrett

PROCEEDINGS: **Motions Hearing by telephone**

☑ In Court
☐ In Chambers

NOTES:

Discovery conference held. The Court will enter an order resolving the the discovery dispute in extending the discovery deadlines.