IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GARY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-030 |
| | ) | |
| CITY OF WAYNESBORO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons stated on the record during today's telephone conference, the motion to compel and request for attorney's fees are **MOOT**. (Doc. nos. 12-1, 12-2.) Defendants have agreed to supplement their responses to Interrogatory No. 13 and Request to Produce No. 2 on or before September 2, 2022, and in accordance with the Court's instructions provided during the conference. The Court **ORDERS** Defendants to comply with this deadline. Failure to timely comply shall constitute contempt and be punishable by the full panoply of sanctions available under Fed. R. Civ. P. 37(b), including prohibiting Defendants from supporting or opposing designated claims or defenses or introducing designated matters into evidence, as well as striking pleadings in whole or part. See Fed. R. Civ. P. 37(b)(2)(A); see also Cox v. Am. Cast Iron Pipe Co., 784 F.2d 1546, 1556 (11th Cir. 1986) (explaining dismissal of a claim may be ordered if noncompliance with discovery order due to willful or bad faith disregard of such order).

Additionally, the Court **GRANTS** the oral consent motion for an extension of the discovery period. (Doc. no. 15.) The new case deadlines are as follows:

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | September 15, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | November 1, 2022 |
| CLOSE OF DISCOVERY | February 1, 2023 |
| JOINT STATUS REPORT[1] | February 1, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | March 1, 2023 |

All provisions of the prior Scheduling Order, (doc. no. 11), not revised herein shall remain in full force and effect.

SO ORDERED this 19th day of August, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.