IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |  |
|---|---|---|
| GARY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-030 |
| | ) | |
| CITY OF WAYNESBORO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REVISED SCHEDULING ORDER**

Having reviewed the Joint Motion to Amend Scheduling Order, (doc. no. 17), the Court **GRANTS** the motion and accordingly extends the expert report deadlines as follows:

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | September 29, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | November 15, 2022 |

All provisions of the prior Scheduling Orders, (doc. no. 11, 16), not revised herein shall remain in full force and effect.

SO ORDERED this 19th day of September, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA