# United States District Court

## *Southern District of Georgia*

Gary Jones

_____
Plaintiff

**v.**

City of Waynesboro, Alberta J. Anderson, Richard H. Byne, James Jones, Vickey Bates, Bill Tinley, Willie Williams, Valerie Kirkland, and Willie J. Burley

Defendant s

Defendants

Case No.   1:22-cv-00030-JRH-BKE
_____

Appearing on behalf of  City of Waynesboro and

Official Capacity Individuals
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:     Daniel F. Barrett
_____

Business Address:     Elarbee, Thompson, Sapp, & Wilson, LLP
_____
Firm/Business Name

229 Peachtree Street NE, 800 International Tower
_____
Street Address

| _____ | Atlanta | GA | 30303 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404-659-6700 | 475652 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:     barrett@elarbeethompson.com