# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES | ) |
| Plaintiff, | ) )  ) |
| v. | ) CIVIL ACTION NO.: 1:22-CV-030 ) ) |
| CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, and WILLIE J. BURLEY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ADDENDUM TO APPLICATION
## FOR ADMISSION PRO HAC VICE

COMES NOW Petitioner, Daniel F. Barrett, and hereby files the following Addendum to Application for Admission Pro Hac Vice.

On October 17, 2022, Petitioner caused to be filed in this Court his Application for Admission Pro Hac Vice in the above-referenced matter. On October 18, 2022, Petitioner received a deficiency notice stating that Petitioner failed to include with his application a list of all cases filed in this Court in which he has appeared as counsel. This Addendum seeks to remedy the error identified in the deficiency notice.

Petitioner states that he has not previously appeared as counsel in any case filed in this Court.

Respectfully submitted, this 18th day of October, 2022.

                                                */s/ Daniel F. Barrett*
                                                Daniel F. Barrett
                                                Georgia Bar No. 475652

                                                */s/ Douglas H. Duerr*
                                                Douglas H. Duerr
                                                Georgia Bar No. 231772

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
barrett@elarbeethompson.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 1:22-CV-030 |
| v. | ) |
| | ) |
| CITY OF WAYNESBORO, ALBERTA | ) |
| J. ANDERSON, RICHARD H. BYNE, | ) |
| JAMES JONES, VICKEY BATES, BILL | ) |
| TINLEY, WILLIE WILLIAMS, | ) |
| VALERIE KIRKLAND, and WILLIE J. | ) |
| BURLEY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, the foregoing **ADDENDUM TO APPLICATION FOR ADMISSION PRO HAC VICE** was filed with the Clerk of Court using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 18th day of October, 2022.

                                                                                 /s/ Douglas H. Duerr
                                                                                 Douglas H. Duerr
                                                                                 Georgia Bar No. 231772

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700

(404) 222-9718 (Facsimile)
duerr@elarbeethompson.com

*Attorney for Defendants*