**Huggins & Peil**

**Jones vs. City of Waynesboro**

**Schedule of Documents and Information**

1. Civil Action Complaint filed February 8, 2022
2. City of Waynesboro Council Minutes dated October 18, 2021
3. City of Waynesboro Financial Reports for Years 2012 – 2020
4. City of Waynesboro Personnel Policy
5. Municipal Court Personnel Files
6. Gary Jones Personnel File
7. Municipal Court Cash Collection Documents
8. 2020 – 2021 City of Waynesboro Police Department Cash Bond Accounts Queensborough Bank Statements
9. Other information as cited in Report and Exhibits