Huggins and Peil
Jones vs City of Waynesboro
Reconciliation of Bond Account
Sep-21

| | | | Notes |
|---|---|---|---|
| **Beginning Balance** | | 32,275.10 | |
| | | | |
| **Cash Deposits** | 631.00 | | |
| | 531.00 | | |
| | 178.00 | | |
| | 570.00 | | |
| | 265.00 | | |
| | 115.00 | | |
| | | 2,290.00 | |
| | | | |
| **Credit Card Deposits** | 163.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 50.00 | | No bank statements received |
| | 225.00 | | No bank statements received |
| | 225.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 265.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 50.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 50.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 37.50 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 50.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 163.00 | | No bank statements received |
| | 175.00 | | No bank statements received |
| | 50.00 | | No bank statements received |
| | 225.00 | | No bank statements received |
| | 225.00 | | No bank statements received |
| | 225.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 15.00 | | No bank statements received |
| | 50.00 | | No bank statements received |
| | 223.00 | | No bank statements received |
| | 265.00 | | No bank statements received |
| | | 3,844.50 | |
| | | | |
| **Disbursements** | - | | |
| | | - | |
| **Ending Balance** | | 38,409.60 | |

DEPOSIT TICKET
DEPOSIT RECORD

QUEENSBOROUGH
NATIONAL BANK & TRUST COMPANY

DATE 9-8-20...

CITY OF WAYNESBORO POLICE DEPT CASH
BOND ACCOUNT
515 N LIBERTY STREET
WAYNESBORO, GA 30830

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 4618 | |
| COIN | | |
| LIST EACH CHECK 1 | 163 | 00 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| $ | 631 | 00 |

64-297/611

CITY 00170



CITY 001703



CITY 001704



CITY 001705



CITY 001706



CITY 001707

REPORT: RPTRCPT4                                       **RECEIPTS**
                                              **WAYNESBORO MUNICIPAL COURT**

Printed: 09/23/2021  10:35:21

Date Range: FROM 01/01/2021 TO 09/23/2021
Sorted by: RECEIPT DATE
Receipt Types: ALL

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118362T374900159 | | 08/30/2021 | 08/30/2021 | F | WP V - 124217064190 | LIVINGSTON, DUSTIN ANTHONY | 163.00 |
| | | | | | | TOTAL PMTS RECEIVED: | 228.00 |
| | | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | | 08/30/2021 | | | | TOTAL: | 228.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118364T373900446 | | 09/01/2021 | 09/01/2021 | C | CA | WESTON, RICHARD D | 225.00 |
| 118363T374900371 | | 09/01/2021 | 09/01/2021 | C | W V - 124415069857 | MCELHATTAN, ROSS ARNOLD | 163.00 |
| | | | | | | TOTAL PMTS RECEIVED: | 388.00 |
| | | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | | 09/01/2021 | | | | TOTAL: | 388.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118365MISCPMTS | | 09/02/2021 | 09/02/2021 | MP-CH | MO | SHARMAYNE JORDAN | 15.00 |
| 118366T364000070 | | 09/02/2021 | 09/02/2021 | C | CA | WEAVER, JOSEPH ROBERT | 163.00 |
| 118367T374900307 | | 09/02/2021 | 09/02/2021 | C | W V - 124601007461 | GILMORE, LIONEL LAMONT | 163.00 |
| 118368T374900308 | | 09/02/2021 | 09/02/2021 | C | W V - 124601007461 | GILMORE, LIONEL LAMONT | 50.00 |
| | | | | | | TOTAL PMTS RECEIVED: | 391.00 |
| | | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | | 09/02/2021 | | | | TOTAL: | 391.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118371M00011464 | | 09/03/2021 | 09/03/2021 | F | CA | WHITE, JANIQUA TAMISH | 168.75 |
| 118369MISCPMTS | | 09/03/2021 | 09/03/2021 | MP-CH | CA | ANGEL LYLES | 15.00 |
| 118375MISCPMTS | | 09/03/2021 | 09/03/2021 | MP-IR | CA | ZANEISHA LAKES - CASE # 179362 | 5.00 |
| 118376MISCPMTS | | 09/03/2021 | 09/03/2021 | MP-IR | CA | ZANEISHA LAKES  CASE # 161291 | 5.00 |
| 118377MISCPMTS | | 09/03/2021 | 09/03/2021 | MP-IR | CA | TAMIA COOPER  - CASE # 165407 | 5.00 |
| 118378MISCPMTS | | 09/03/2021 | 09/03/2021 | MP-CH | CA | KRIZIA TADIANA | 15.00 |
| 118372T364000033 | | 09/03/2021 | 09/03/2021 | C | MO - MO# 27524036575 | JONES, DERRICK | 163.00 |
| 118373T364400202 | | 09/03/2021 | 09/03/2021 | P | CA | JENKINS, CHRISTOPHER | 163.00 |
| 118374T364400203 | | 09/03/2021 | 09/03/2021 | P | CA | JENKINS, CHRISTOPHER | 163.00 |
| 118370TE0401674 | | 09/03/2021 | 09/03/2021 | C | CA | BELL, DWAYNE JONOPHIUS | 15.00 |
| | | | | | | TOTAL PMTS RECEIVED: | 717.75 |
| | | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | | 09/03/2021 | | | | TOTAL: | 717.75 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118386M00021065 | | 09/07/2021 | 09/07/2021 | P | CK | COOPER, RONNIE LAMONT | 1.00 |
| 118384M13200392 | | 09/07/2021 | 09/07/2021 | P | CK | CONNER, ROBERT LEE | 1.00 |
| 118385M13200393 | | 09/07/2021 | 09/07/2021 | P | CK | CONNER, ROBERT LEE | 140.00 |

REPORT: RPTRCPT4

**RECEIPTS**
**WAYNESBORO MUNICIPAL COURT**

Printed: 09/23/2021   10:35:21

Date Range: FROM 01/01/2021 TO 09/23/2021
Sorted by: RECEIPT DATE
Receipt Types: ALL

| Receipt Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|
| 118390M364000005 | 09/07/2021 | 09/07/2021 | P | CK | GENNARO, ETHAN JOSEPH | 575.00 |
| 118391M373900085 | 09/07/2021 | 09/07/2021 | P | CK | HODGES, STEPHEN JUSTIN | 121.00 |
| 118397M374800003 | 09/07/2021 | 09/07/2021 | P | CK | LEWIS, DAIJE BRIANNA | 157.00 |
| 118382M374800065 | 09/07/2021 | 09/07/2021 | P | CK | BENNIEFIELD, AUSTIN C | 1.00 |
| 118380MISCPMTS | 09/07/2021 | 09/07/2021 | MP-CH | MO | J. JONES | 15.00 |
| 118389T13200293 | 09/07/2021 | 09/07/2021 | P | CK | FULLER, JENNIFER KATHERINE | 131.00 |
| 118405T13200444 | 09/07/2021 | 09/07/2021 | P | CK | WEEKS, KOLTON PERRY | 96.00 |
| 118393T13200594 | 09/07/2021 | 09/07/2021 | P | CK | HUGHES, DEWAYNE M | 2.00 |
| 118404T14700472 | 09/07/2021 | 09/07/2021 | P | CK | WALKER, RASHAUN | 31.00 |
| 118379T287900023 | 09/07/2021 | 09/07/2021 | C | W D - 125017074879 | TABOR, MICHEAL LANE | 225.00 |
| 118392T363800028 | 09/07/2021 | 09/07/2021 | P | CK | HOPKINS, ALEXXUS NECOLE | 25.00 |
| 118403T364200020 | 09/07/2021 | 09/07/2021 | P | CK | VERDREE, GREGORY LEWIS | 246.00 |
| 118396T364200037 | 09/07/2021 | 09/07/2021 | P | CK | LEWIS, BOISEY | 106.00 |
| 118400T364200130 | 09/07/2021 | 09/07/2021 | P | CK | RAMOS, ROGER | 154.00 |
| 118383T364200156 | 09/07/2021 | 09/07/2021 | P | CK | COLONEL, CHRISTOPHER JOE | 6.00 |
| 118402T364400098 | 09/07/2021 | 09/07/2021 | P | CK | TURNER, EARNISTINE DANIELLE | 103.00 |
| 118394T366700005 | 09/07/2021 | 09/07/2021 | P | CK | JACKSON, GREGORY LEE | 100.00 |
| 118398T366700009 | 09/07/2021 | 09/07/2021 | P | CK | LITTLE, ALFONSO | 122.00 |
| 118395T373900001 | 09/07/2021 | 09/07/2021 | P | CK | LEONARD, JENNIFER MICHELLE | 50.00 |
| 118387T373900022 | 09/07/2021 | 09/07/2021 | P | CK | CRAWFORD, SHAKIRA MARTEISE | 52.00 |
| 118401T373900306 | 09/07/2021 | 09/07/2021 | P | CK | SIMON, LEARTIS LAMAR | 42.00 |
| 118388T374800052 | 09/07/2021 | 09/07/2021 | P | CK | FLOURNOY, ODELL IKEEM | 116.00 |
| 118381T374900199 | 09/07/2021 | 09/07/2021 | F | CA | LEWIS, LONZIE KEONTAVOUS | 225.00 |
| 118406T374900257 | 09/07/2021 | 09/07/2021 | C | WI V - 125021172777 | KITCHENS, MATTHEW ANTHONY | 225.00 |
| 118399T99900361 | 09/07/2021 | 09/07/2021 | P | CK | OWENS, ERIC RASHAD | 66.00 |

TOTAL PMTS RECEIVED: 3,134.00
TOTAL REFUNDS RECVD: 0.00
========
09/07/2021                                                                                              TOTAL: 3,134.00

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118413M15100453 | | 09/08/2021 | 09/08/2021 | C | MO | LEWIS, BOISEY JR | 100.00 |
| 118412MISCPMTS | | 09/08/2021 | 09/08/2021 | MP-CH | MO | DIAMOND STAPLES | 15.00 |
| 118407T10200064 | | 09/08/2021 | 09/08/2021 | F | WI V - 125113032662 | WRIGHT, RYAN KEITH | 15.00 |
| 118409T10200064 | | 09/08/2021 | 09/08/2021 | F | WI V - 125113032662 | WRIGHT, RYAN KEITH | -15.00 |
| 118408T374800105 | | 09/08/2021 | 09/08/2021 | C | WI V - 125113032662 | WRIGHT, RYAN KEITH | 15.00 |
| 118411T374900241 | | 09/08/2021 | 09/08/2021 | C | CA | SWAIN, WILLIE DEQUAINE | 210.00 |
| 118410T374900250 | | 09/08/2021 | 09/08/2021 | C | W A - 125115054982 | JONES, JAMES | 265.00 |

TOTAL PMTS RECEIVED: 605.00
TOTAL REFUNDS RECVD: 0.00
========
09/08/2021                                                                                              TOTAL: 605.00

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118414MISCPMTS | | 09/09/2021 | 09/09/2021 | MP-CH | CA | LAKISHA T. SOLOMON | 15.00 |
| 118417MISCPMTS | | 09/09/2021 | 09/09/2021 | MP-CH | CA | SOLOMON, TOMYKA | 15.00 |
| 118418MISCPMTS | | 09/09/2021 | 09/09/2021 | MP-IR | CA | ROY WILLIAMS | 5.00 |
| 118415T363800089 | | 09/09/2021 | 09/09/2021 | C | CC - 307111 | DAUGHTRY, FRANCES ETHEL | 163.00 |

REPORT: RPTRCPT4                         **RECEIPTS**
**WAYNESBORO MUNICIPAL COURT**

Printed: 09/23/2021  10:35:21

Date Range: FROM 01/01/2021 TO 09/23/2021
Sorted by: RECEIPT DATE
Receipt Types: ALL

| Receipt Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|
| 118416T363800090 | 09/09/2021 | 09/09/2021 | C | CC - 307111 | DAUGHTRY, FRANCES ETHEL | 163.00 |
| 118419T364200176 | 09/09/2021 | 09/09/2021 | F | CA | QUICK, COLIN | 15.00 |
| 118419T364200177 | 09/09/2021 | 09/09/2021 | F | CA | QUICK, COLIN | 37.50 |
| 118420T373900448 | 09/09/2021 | 09/09/2021 | C | W M - 125222123069 | PYE, GAYLE FENNELL | 15.00 |
| 118421TE04043062 | 09/09/2021 | 09/09/2021 | C | W V - 125301011012 | BOONE, DANIEL TYEE | 15.00 |
| | | | | | TOTAL PMTS RECEIVED: | 443.50 |
| | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | 09/09/2021 | | | | TOTAL: | 443.50 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| | 118424MISCPMTS | 09/10/2021 | 09/10/2021 | MP-CH | MO | EUGENIA DUKES | 15.00 |
| | 118425MISCPMTS | 09/10/2021 | 09/10/2021 | MP-CH | CA | SHIRLEY ANN SMITH | 15.00 |
| | 118428T364200193 | 09/10/2021 | 09/10/2021 | C | WI V - 125322207332 | CONNOR, EDWARD THOMAS | 50.00 |
| | 118427T374800085 | 09/10/2021 | 09/10/2021 | C | W V - 125322204943 | PROCTOR, RAKASHIA DIAVIAN | 163.00 |
| | 118423T374800092 | 09/10/2021 | 09/10/2021 | C | CA | MCLENDON, BRANDON | 37.50 |
| | 118426T374900236 | 09/10/2021 | 09/10/2021 | C | WI V - 125320180681 | BRYANT, STACI MICHELLE | 15.00 |
| | 118422T374900379 | 09/10/2021 | 09/10/2021 | C | CA | BURNETT, RONALD TYRONE | 15.00 |
| | | | | | | TOTAL PMTS RECEIVED: | 310.50 |
| | | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | | 09/10/2021 | | | | TOTAL: | 310.50 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| | 118429T364400247 | 09/12/2021 | 09/12/2021 | C | W V - 125521093288 | ROUSE, DAJE ROISHA | 15.00 |
| | | | | | | TOTAL PMTS RECEIVED: | 15.00 |
| | | | | | | TOTAL REFUNDS RECVD: | 0.00 |
| | | 09/12/2021 | | | | TOTAL: | 15.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| | 118439MISCPMTS | 09/13/2021 | 09/13/2021 | MP-CH | CA | STACY NICOLE ROUNDTREE | 15.00 |
| | 118435T13200360 | 09/13/2021 | 09/13/2021 | F | CA | BELL, CURTIS LEE | 15.00 |
| | 118441T13500986 | 09/13/2021 | 09/13/2021 | F | CA | BROWN, STANDY C | 15.00 |
| | 118438T363800070 | 09/13/2021 | 09/13/2021 | C | CA | MARSHALL, BRICE DELMON | 163.00 |
| | 118434T364200195 | 09/13/2021 | 09/13/2021 | C | CA | PHUNG, WILLIAMS MICHAEL | 163.00 |
| | 118431T364400219 | 09/13/2021 | 09/13/2021 | F | CA | DIXON, LAKEISHA RANIELLE | 25.00 |
| | 118440T364400225 | 09/13/2021 | 09/13/2021 | C | CA | FREE, CORNELIUS LAVELL | 15.00 |
| | 118436T364400235 | 09/13/2021 | 09/13/2021 | C | W V - 125615051008 | JORDAN, CALVIN LEE | 163.00 |
| | 118440T374800130 | 09/13/2021 | 09/13/2021 | C | CA | FREE, CORNELIUS LAVELL | 15.00 |
| | 118432T374900229 | 09/13/2021 | 09/13/2021 | C | W V - 125612030986 | WHITE, SHANYAH NYREE | 15.00 |
| | 118433T374900246 | 09/13/2021 | 09/13/2021 | C | W M - 125613038699 | GIBSON, BRITTANY LATOYA | 37.50 |
| | 118437T374900247 | 09/13/2021 | 09/13/2021 | C | WP V - 125615058130 | HOUSTON, CHARLEXUS SHONTRICE | 15.00 |
| | 118430TE04010677 | 09/13/2021 | 09/13/2021 | C | W A - 125610025425 | SMITH, REESE TANNER | 50.00 |

REPORT: RPTRCPT4

**RECEIPTS**
**WAYNESBORO MUNICIPAL COURT**

Printed: 09/23/2021  10:35:22

Date Range: FROM 01/01/2021 TO 09/23/2021
Sorted by: RECEIPT DATE
Receipt Types: ALL

|  |  |
|---|---:|
| TOTAL PMTS RECEIVED: | 706.50 |
| TOTAL REFUNDS RECVD: | 0.00 |
| | ======== |

**09/13/2021**   TOTAL: 706.50

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---:|
| 118443MISCPMTS | | 09/14/2021 | 09/14/2021 | MP-IR | CA | THOMAS,TIERRA | 5.00 |
| 118445MISCPMTS | | 09/14/2021 | 09/14/2021 | MP-CH | CA | REVERLEY QUICK KURTZ | 15.00 |
| 118447MISCPMTS | | 09/14/2021 | 09/14/2021 | MP-AR | CA | SHRON ROBERT | 5.00 |
| 118442T13500909 | | 09/14/2021 | 09/14/2021 | F | W V - 125714040124 | BORTA, IOAN | 163.00 |
| 118446T364000047 | | 09/14/2021 | 09/14/2021 | C | W V - 125718081265 | LEE, AMANDA E | 163.00 |
| 118444T373900455 | | 09/14/2021 | 09/14/2021 | C | WP V - 125716051667 | AUSTIN, LATISHA MICHELLE | 175.00 |
| 118448T374900242 | | 09/14/2021 | 09/14/2021 | F | W V - 125802013607 | HOWARD, SHAUNTA NICOLE | 50.00 |

|  |  |
|---|---:|
| TOTAL PMTS RECEIVED: | 576.00 |
| TOTAL REFUNDS RECVD: | 0.00 |
| | ======== |

**09/14/2021**   TOTAL: 576.00

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---:|
| 118450MISCPMTS | | 09/15/2021 | 09/15/2021 | MP-IR | CA | LEROYDRICK JONES | 5.00 |
| 118449T373900436 | | 09/15/2021 | 09/15/2021 | F | CA | MOBLEY, MALIK KANYE | 15.00 |

|  |  |
|---|---:|
| TOTAL PMTS RECEIVED: | 20.00 |
| TOTAL REFUNDS RECVD: | 0.00 |
| | ======== |

**09/15/2021**   TOTAL: 20.00

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---:|
| 118451MISCPMTS | | 09/16/2021 | 09/16/2021 | MP-IR | CA | GLORIA CRUMBLEY | 5.00 |
| 118453MISCPMTS | | 09/16/2021 | 09/16/2021 | MP-IR | CA | GILBERTO SAENZ | 5.00 |
| 118452T364400221 | | 09/16/2021 | 09/16/2021 | F | MO - MO#19-303033604 | PHILLIPS, CATIERRA LENEK | 15.00 |
| 118452T364400222 | | 09/16/2021 | 09/16/2021 | F | MO - MO#19-303033604 | PHILLIPS, CATIERRA LENEK | 163.00 |
| 118454T373900487 | | 09/16/2021 | 09/16/2021 | C | W V - 126000002311 | SIMPSON, AZAISA SAMONE | 225.00 |

|  |  |
|---|---:|
| TOTAL PMTS RECEIVED: | 413.00 |
| TOTAL REFUNDS RECVD: | 0.00 |
| | ======== |

**09/16/2021**   TOTAL: 413.00

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---:|
| 118458M15100453 | | 09/17/2021 | 09/17/2021 | C | MO | LEWIS, BOISEY JR | 210.00 |
| 118457T373900417 | | 09/17/2021 | 09/17/2021 | F | W V - 126015059802 | COLEMAN, JAMES ANTONIO | 225.00 |
| 118455T373900466 | | 09/17/2021 | 09/17/2021 | C | W V - 126012033008 | WAFFORD, ELIJAH ALVIN | 225.00 |
| 118456T374900237 | | 09/17/2021 | 09/17/2021 | F | WP V - 126014046601 | BURLEY, LASHIRA NESHELL | 15.00 |

REPORT: RPTRCPT4

**RECEIPTS**
**WAYNESBORO MUNICIPAL COURT**

Printed: 09/23/2021  10:35:22

Date Range: FROM 01/01/2021 TO 09/23/2021
Sorted by: RECEIPT DATE
Receipt Types: ALL

|  |  |  |  |  |  | TOTAL PMTS RECEIVED: | 675.00 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | TOTAL REFUNDS RECVD: | 0.00 |
|  | 09/17/2021 |  |  |  |  | TOTAL: | 675.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118459MISCPMTS | | 09/20/2021 | 09/20/2021 | MP-AR | CA | ROZETTA SCOTT | 5.00 |
| 118462T14901106 | | 09/20/2021 | 09/20/2021 | F | MO | BING, ROMAN ALPHONSA | 140.00 |
| 118460T287800270 | | 09/20/2021 | 09/20/2021 | F | CA | RAFFA, ANTHONY GRANT | 25.00 |
| 118463T363800081 | | 09/20/2021 | 09/20/2021 | C | MO | NALL, REMIGIA | 175.00 |
| 118461T374800026 | | 09/20/2021 | 09/20/2021 | F | W M - 126320117147 | DEAL, MARVIN LEWIS | 15.00 |
| 118464T374900390 | | 09/20/2021 | 09/20/2021 | C | CK | OWENS, AMY SUE | 185.00 |
|  |  |  |  |  |  | TOTAL PMTS RECEIVED: | 545.00 |
|  |  |  |  |  |  | TOTAL REFUNDS RECVD: | 0.00 |
|  | 09/20/2021 |  |  |  |  | TOTAL: | 545.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118466MISCPMTS | | 09/21/2021 | 09/21/2021 | MP-AR | CA | BUTLER,GINGER | 5.00 |
| 118468MISCPMTS | | 09/21/2021 | 09/21/2021 | MP-CH | CA | REBECCA COOK | 15.00 |
| 118469MISCPMTS | | 09/21/2021 | 09/21/2021 | MP-AR | CA | UNDRE HEATH | 5.00 |
| 118470T21800173 | | 09/21/2021 | 09/21/2021 | F | CA | BRAGG, MICHAEL ROBERT | 185.00 |
| 118465T374800099 | | 09/21/2021 | 09/21/2021 | C | WP M - 126414039010 | OSBORNE, JADA DEMORRIA | 50.00 |
| 118467T374900412 | | 09/21/2021 | 09/21/2021 | F | CC | CREWS, BOBBY CURTIS | 265.00 |
|  |  |  |  |  |  | TOTAL PMTS RECEIVED: | 525.00 |
|  |  |  |  |  |  | TOTAL REFUNDS RECVD: | 0.00 |
|  | 09/21/2021 |  |  |  |  | TOTAL: | 525.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118472MISCPMTS | | 09/22/2021 | 09/22/2021 | MP-AR | CA | MONICA MOTES | 5.00 |
| 118473MISCPMTS | | 09/22/2021 | 09/22/2021 | MP-IR | CA | KENNETH PAYTON | 5.00 |
| 118471T389600025 | | 09/22/2021 | 09/22/2021 | F | W M - 126516057590 | WILSON, DESHUN ANTONIO | 223.00 |
|  |  |  |  |  |  | TOTAL PMTS RECEIVED: | 233.00 |
|  |  |  |  |  |  | TOTAL REFUNDS RECVD: | 0.00 |
|  | 09/22/2021 |  |  |  |  | TOTAL: | 233.00 |

| Receipt Number | Ticket Number | Receipt Date | Date Added | Receipt Type | Payment Method | Name | Amount |
|---|---|---|---|---|---|---|---|
| 118474T374900409 | | 09/23/2021 | 09/23/2021 | C | W V - 126614052110 | WOODS, TYREEK DASHON | 265.00 |