**Huggins and Peil**
**Jones vs City of Waynesboro**
**Schedule of Deposit Turned Over to City of Waynesboro**
**2020**

| Date | Receipt | Amount | AAC | Unsubstantiated | Notes |
|---|---|---|---|---|---|
| **Funds Deposits or Given to the City of Waynesboro** | | | | | |
| 1/6/2020 | COW # 4896 | 225.00 | 225.00 | - | |
| 1/14/2020 | COW # 4905 | 7,055.73 | 7,055.73 | - | |
| 1/16/2020 | COW # 4907 | 450.50 | 450.50 | - | |
| 1/22/2020 | COW # 4909 | 200.00 | 200.00 | - | |
| 1/28/2020 | COW # 4920 | 380.00 | 380.00 | - | |
| 2/10/2020 | COW # 4942 | 7,743.49 | 7,743.49 | - | |
| 2/10/2020 | COW # 4941 | 958.00 | 958.00 | - | |
| 2/13/2020 | COW # 4943 | 100.00 | 100.00 | - | |
| 2/17/2020 | COW # 4945 | 853.50 | 853.50 | - | |
| 2/27/2020 | COW # 4957 | 1,052.00 | 1,052.00 | - | |
| 3/3/2020 | COW # 4965 | 941.00 | 941.00 | - | |
| 3/3/2020 | COW # 4966 | - | - | - | |
| 3/9/2020 | COW # 4969 | 8,437.62 | 8,437.62 | - | |
| 3/11/2020 | COW # 4972 | 714.00 | 714.00 | - | |
| 3/16/2020 | COW # 4977 | 810.00 | 810.00 | - | |
| 3/25/2020 | COW # 4987 | 342.00 | 342.00 | - | |
| 4/9/2020 | COW # 5003 | 1,140.00 | 1,140.00 | - | |
| 4/27/2020 | n/a | 6,336.00 | - | 6,336.00 | No ticket provided |
| 5/6/2020 | COW # 5033 | 1,391.00 | 1,391.00 | - | |
| 5/11/2020 | COW # 5036 | 89.00 | 89.00 | - | |
| 5/15/2020 | COW # 5040 | 1,669.00 | 1,669.00 | - | |
| 5/27/2020 | COW # 5047 | 100.00 | 100.00 | - | |
| 6/2/2020 | COW # 5051 | 100.00 | 100.00 | - | |
| 6/8/2020 | COW # 5057 | 4,485.00 | 4,485.00 | - | |
| 6/10/2020 | COW # 5061 | 100.00 | 100.00 | - | |
| 6/16/2020 | n/a | 100.00 | - | 100.00 | No ticket provided |
| 7/1/2020 | n/a | - | - | - | No ticket provided |
| 7/7/2020 | COW # 5084 | - | - | - | |
| 7/14/2020 | COW # 5089 | 6,784.00 | 6,784.00 | - | |
| 7/21/2020 | n/a | 178.00 | - | 178.00 | No ticket provided |
| 8/12/2020 | COW # 5110 | 4,342.90 | 4,342.90 | - | |
| 8/27/2020 | COW # 5122 | 400.00 | 400.00 | - | |
| 9/8/2020 | COW # 5137 | - | - | - | |
| 9/15/2020 | COW # 5146 | 5,179.75 | 5,179.75 | - | |
| 9/29/2020 | COW # 5154 | - | - | - | |
| 10/12/2020 | COW # 5166 | 9,467.00 | 9,467.00 | - | |
| 10/16/2020 | COW # 5168 | 1,317.00 | 1,317.00 | - | |
| 10/26/2020 | n/a | 781.50 | - | 781.50 | CC Receipt |
| 10/27/2020 | COW # 5171 | 1,058.00 | 1,058.00 | - | |
| 11/4/2020 | COW # 5175 | 328.00 | 328.00 | - | |
| 11/9/2020 | COW # 5181 | 9,002.00 | 9,002.00 | - | |
| 11/19/2020 | COW # 5189 | 488.00 | 488.00 | - | |
| 11/23/2020 | COW # 5190 | 2,105.00 | 2,105.00 | - | |
| 12/3/2020 | COW # 5195 | 742.50 | 742.50 | - | |
| 12/10/2020 | COW # 5204 | - | - | - | |
| 12/14/2020 | COW # 5206 | 7,168.50 | 7,168.50 | - | |
| | | 95,114.99 | 87,719.49 | 7,395.50 | |

MUNICIPAL COURT PAYMENTS

TURNED OVER TO CITY HALL

APRIL 27, 2020

| DATE | NAME | CITATION # | AMOUNT | COURT DATE | CASH/MO |
|---|---|---|---|---|---|
| 04/27/2020 | JOHN ROBINSON | 21063 | 100.00 PROCESS FEE | 05/11/2020 | MO |
| 04/27/2020 | RAYMOND SAPP | 14900993 | 20.00 | 06/08/2020 | MO |
| 04/27/2020 | CHRISTOPHER HAWKINS | 287800115 | 225.00 | 06/08/2020 | MO |
| 04/27/2020 | ALBERTA MILLINGS | 99900184 20902 | 110.00 | 06/08/2020 | MO |
| 04/27/2020 | SHELBY MCGOWEN | 15100380 | 700.00 | 06/08/2020 | CASH |
| 04/27/2020 | DANIEL HUGHES | 13500878 | 163.00 | 07/13/2020 | CASH |
| 04/27/2020 | WILBERT COOPER | 13500995 | 15.00 | 08/10/2020 | CASH |
| 04/27/2020 | WALTER PENNY | 13501036 | 163.00 | 08/10/2020 | MO |
| 04/27/2020 | REPORTS | | 20.00 | | CASH |
| 04/27/2020 | REPORTS | | 90.00 | | CHECK |
| 04/27/2020 | CRIMINAL HISTORY | | 75.00 | | CASH |
| 04/27/2020 | CSRA | | 6,151.00 | | CHECK |
| | | TOTAL: | $7,832.00 | | |

Checks $618.00
Cash - $878.00
$1496.00

(1496.00)

$6336.00

CITY 001411

64-397/611

TOTAL ITEMS

$ 1496 00

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

TY OF WAYNESBORO-POLICE DEPT CASH
BOND ACCOUNT
628 MYRICK ST
WAYNESBORO, GA 30830

36

ALL OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

CITY 001412

## MUNICIPAL COURT PAYMENTS

## TURNED OVER TO CITY HALL

### JUNE 16, 2020

| DATE | NAME | CITATION # | AMOUNT | COURT DATE | CASH/MO |
|---|---|---|---|---|---|
| 06/16/2020 | GREGORY JOHNSON | 13800358 | 100.00 PROCESSING FEE | 02/11/2019 | MO |
| 06/16/2020 | CHI GRESHAM | 287800044 | 100.00 | 07/13/2020 | MO |
| 06/16/2020 | JOSEPH BENNETT | 21051 15100418 15100419 | 489.00 | 07/13/2020 | MO |
| 06/16/2020 | SELENE NAVARRETE | 13200361 | 15.00 | 08/10/2020 | CASH |
|  |  | TOTAL: | $704.00 |  |  |
|  |  |  |  |  |  |
|  | Bond Acer |  | <604.00> |  |  |



$100.00

**QUEENSBOROUGH** NATIONAL BANK & TRUST COMPANY
DEPOSIT TICKET
DEPOSIT RECORD COPY

DATE 6/16/2020

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 15 | |
| COIN | | |
| | 589 | 00 |

64-397/611

Deposit Amount:
Checking
CKDEP8    3

$904.00

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

$ **604 | 00**

CITY OF WAYNESBORO-POLICE DEPT CASH
BOND ACCOUNT
628 MYRICK ST
WAYNESBORO, GA 30830

36

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

CITY 001431

MUNICIPAL COURT PAYMENTS

TURNED OVER TO CITY HALL

JUNE 29, 2020

| DATE | NAME | CITATION # | AMOUNT | COURT DATE | CASH/MO |
|---|---|---|---|---|---|
| 06/29/2020 | ROBIN VIA | 21800159 | 175.00 | 07/13/2020 | MO |
| 06/29/2020 | TIMOTHY COLEMAN | 13900539 | 163.00 | 07/13/2020 | MO |
| 06/29/2020 | KAY ROUNDTREE | 15000408 | 163.00 | 07/13/2020 | MO |
| 06/29/2020 | DEVONTE DIXON | 13500886 | 163.00 | 07/13/2020 | CASH |
| | | TOTAL: | $664.00 | | |
| | Bond Acc | | (664.00) | | |
| | | | -0- | | |

163.00 - cash
MO — 501.00

QUEENSBOROUGH NATIONAL BANK & TRUST COMPANY

64-397/611

| DATE | DOLLARS | CENTS | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENCY | 163 | 20 | | | | | | | | | | | | | | | | | |
| COIN | | | | | | | | | | | | | | | | | | | |
| LIST EACH CHECK | 1 | 501.00 | | | | | | | | | | | | | | | | | |
| | 2 | | | | | | | | | | | | | | | | | | |

CITY OF WAYNESBORO-POLICE DEPT CASH
BOND ACCOUNT
628 MYRICK ST
WAYNESBORO, GA 30830

$ 664.0?

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

CITY 001433

MUNICIPAL COURT PAYMENTS

TURNED OVER TO CITY HALL

JULY 21, 2020

| DATE | NAME | CITATION # | AMOUNT | COURT DATE | CASH/MO |
|---|---|---|---|---|---|
| 07/21/2020 | Jose Vasquez-Rodriguez | 287800203 287800205 | 178.00 | 07/13/2020 | Cash |
| 07/21/2020 | Tonya Burdett | 1350711-712 | 326.00 | 08/10/2020 | Cash |
| 07/21/2020 | Shalonda Mack | 13500999 | 15.00 | 08/10/2020 | Cash |
| 07/21/2020 | Joshua Hammock | 13200364 | 163.00 | 08/10/2020 | Cash |
| 07/21/2020 | Erineo Zamora-Trujullo | 13700154 | 163.00 | 09/14/2020 | Cash |
| | | TOTAL: | $ 845.00 | | |
| | Bond Acc | | (667.00) | | |
| | | | | | |
| | | | $178 | | |



$845.00 Cash
178.00
$667.00



CITY 001439

```
                CITY OF WAYNESBORO
                   628 MYRICK ST
                WAYNESBORO, GA 30830000
10/26/2020                         13:40:52
MID: XXXXXXXXXXX298          TID: XXXXX193
                    CREDIT CARD
                      MC SALE
Card #                    XXXXXXXXXXXX3784
SEQ #:                                   4
Batch #:                                36
INVOICE                                  4
Approval Code:                      N09EFO
Entry Method:                        Swipe
Mode:                               Online

SALE AMOUNT                         $81.50

        I agree to pay above total amount
         according to card issuer agreement.
      (Merchant agreement II Credit Voucher)

X _____
      CLARISA N        SHAW

              MERCHANT COPY
```

```
                CITY OF WAYNESBORO
                   628 MYRICK ST
                WAYNESBORO, GA 30830000
10/26/2020                         14:16:01
MID: XXXXXXXXXXX298          TID: XXXXX193
                    DEBIT CARD
                    DEBIT SALE
Card #                    XXXXXXXXXXXX9452
Network:                              VISA
Chip Card:                        US DEBIT
AID:                       A0000000980840
                                         5
SEQ #:                                  36
Batch #:                                 5
INVOICE                             022971
Approval Code:                    Chip Read
Entry Method:            Issuer - PIN Bypassed
Mode:

SALE AMOUNT                        $700.00

                        Signature Not Required
                        REGINALD/C BLOCKETT

                            MERCHANT COPY
```

$781.50