### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| **GARY JONES,**<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**CITY OF WAYNESBORO, ALBERTA J. ANDERSON, RICHARD H. BYNE, JAMES JONES, VICKEY BATES, BILL TINLEY, WILLIE WILLIAMS, VALERIE KIRKLAND, and WILLIE J. BURLEY,**<br><br>　　　　　　　Defendants. | Case No.: 1:22-cv-00030-JRH-BKE |

### SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

**COME NOW** Plaintiff Gary Jones and all Defendants, by and through their undersigned attorneys of record, and hereby jointly move the Court to amend its Scheduling Order (ECF Nos. 11 and 16), showing the Court as follows:

1. This action was removed to this Court on March 11, 2022 (ECF No. 1), and the Defendants filed timely answers March 18, 2022 (ECF Nos. 5, 6).

2. The parties had their Rule 26(f) planning conference on April 5, 2022, and filed their joint report on April 11, 2022 (ECF No. 10).

3. The Court entered a Scheduling Order on April 13, 2022 (ECF No. 11).

4. A conference was held on August 19, 2022 (ECF No. 14), and the Court granted the parties consent motion to extend the discovery period.

5. The current scheduling order (ECF Nos. 16 and 18) has the following remaining deadlines:

　　CLOSE OF DISCOVERY　　　　　　　　　　　　February 1, 2023

　　JOINT STATUS REPORT　　　　　　　　　　　　February 1, 2023

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS, but EXCLUDING MOTIONS IN LIMINE | March 1, 2023 |

6. Plaintiff and Defendants have been diligently pursuing discovery, and have completed written discovery and several depositions. Plaintiff estimates he has thirteen (13) depositions left to take in this matter, and Defendants have at least one (1) deposition they would like to take.

7. On November 7, 2022, Plaintiff, with the consent of all of the parties, filed a Stipulation of Dismissal as to All Defendants Except City of Waynesboro and Request for Dismissal of Count 2. A proposed Order was sent to the Court.

8. Plaintiff's counsel and Defendants' counsel have consulted, and are in agreement that an extension of the existing deadlines is warranted.

9. The parties jointly propose that the existing scheduling order (ECF No. 16 and 18) be amended, as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | April 4, 2023 |
| JOINT STATUS REPORT | April 4, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS, but EXCLUDING MOTIONS IN LIMINE | April 30, 2023 |

10. The parties do not request that any other deadlines be extended at this time.

11. A proposed amended scheduling order is being submitted in accordance with Local Rules of the United States District Court of the Southern District of Georgia.

**WHEREFORE**, the parties pray that the Court grant their request to amend the Scheduling order to allow for the new deadlines outlined herein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 18, 2022 | **HUGGINS PEIL, LLC** |
|  | /s/ Jeffrey F. Peil<br>Jeffrey F. Peil (SBN 967902)<br>jpeil@hugginsfirm.com<br>7013 Evans Town Center Blvd., Suite 502<br>Evans, Georgia 30809<br>Telephone: (706) 210-9063<br>Facsimile: (706) 210-9282<br>*Attorney for Plaintiff* |
| Signed: | **DOUGLAS H. DUERR** |
|  | By: s/ Douglas H. Duerr<br>*Attorney for Defendant City of Waynesboro* |
| Signed: | **RANDOLPH FRAILS** |
|  | By: s/ Randolph Frails<br>*Attorney for Defendant City of Waynesboro* |
| Signed: | **DELIA M. DEBLASS** |
|  | By: s/ Delia M. Deblass<br>*Attorney for Defendant City of Waynesboro* |
| Signed: | **PATRICIA T. PAUL** |
|  | By: s/ Patricia T. Paul<br>*Attorney for Defendants Anderson, Byne, Jones, Bates, Tinley, Williams, Kirkland, and Burley* |
| Signed: | **PATRICK T. O'CONNOR** |
|  | By: s/ Patrick T. O'Connor<br>*Attorney for Defendants Anderson, Byne, Jones, Bates, Tinley, Williams, Kirkland, and Burley* |

**SIGNATURE CERTIFICATION**

I hereby certify that **Douglas H. Duerr, Randolph Frails, Delia M. Deblass, Patricia T. Paul**, and **Patrick T. O'Connor**, counsels for Defendants, concur in the content of this filing and have authorized me to sign their names to this filing.

By: s/ Jeffrey F. Peil

## CERTIFICATE OF SERVICE

    I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: November 18, 2022                      **HUGGINS PEIL, LLC**

                                              /s/ Jeffrey F. Peil
                                              Jeffrey F. Peil
                                              *Attorney for Plaintiff*