IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GARY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 122-030 |
| ) | |
| CITY OF WAYNESBORO, et al., ) | |
| ) | |
| Defendants. ) | |

**REVISED SCHEDULING ORDER**

Having reviewed the Second Joint Motion to Amend Scheduling Order, (doc. no. 26), the Court **GRANTS** the motion and accordingly extends the case deadlines as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | April 4, 2023 |
| JOINT STATUS REPORT[1] | April 4, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | May 1, 2023 |

All provisions of the prior Scheduling Orders, (doc. nos. 11, 18), not revised herein shall remain in full force and effect.

SO ORDERED this 21st day of November, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.