IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GARY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-030 |
| | ) | |
| CITY OF WAYNESBORO, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the Joint Motion for Leave to File Amended Complaint, (doc. no. 29), and **DIRECTS** Plaintiff to file the amended complaint attached as an exhibit to the motion to amend as a stand-alone entry on the docket within seven days of the date of this Order. Once the amended complaint is filed, the Court **DIRECTS** this case be **REMANDED** to the Superior Court of Burke County, State of Georgia, Civil Action File Number 2022V0006, and **DIRECTS** the **CLERK** to **CLOSE** this civil action at that time.

SO ORDERED this 10th day of February, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA