AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GARY JONES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-030

CITY OF WAYNESBORO,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated February 10, 2023, adopting the Report and Recommendation of the Magistrate Judge. This case is REMANDED to the Superior Court of Burke County, State of Georgia, Civil Action File Number 2022V0006. This case stands closed.

| | |
|---|---|
| 2/13/2023 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* Claudette Robinson |
| | (By) Deputy Clerk |

GAS Rev 10/2020